IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LADON TERRY-GRAHAM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 16-488-LPS |
| | : | |
| RUSHMORE LOAN MANAGEMENT SERVICES, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this 3rd day of August, 2016,

IT IS ORDERED that:

On June 30, 2016, the Court denied Plaintiff's application to proceed *in forma pauperis* and required Plaintiff to pay the filing fee in full within thirty days from the date of the Order. (D.I. 4) The Order advised Plaintiff that the failure to comply with the Order would result in dismissal of the case.

The time has lapsed and Plaintiff has failed to comply with the June 30, 2016 Order. Therefore, the action is DISMISSED without prejudice. The Clerk of Court is directed to CLOSE the case.

_____
UNITED STATES DISTRICT JUDGE